1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EVAMARIE ALIRES-ALCALA, et al.,

11            Plaintiffs,                    No. CIV S-12-0683 JAM DAD PS

12       v.

13   SACRAMENTO COUNTY, et al.,              FINDINGS AND RECOMMENDATIONS

14            Defendants.

15   _____/

16            By order signed May 10, 2012, plaintiffs' pro se complaint was dismissed and

17   leave was granted to file an amended complaint that cured the defects noted in that order.

18   Plaintiffs were granted thirty days from the date of the order to file an amended complaint and

19   were cautioned that failure to respond to the court's order in a timely manner may result in a

20   recommendation that this action be dismissed.  The thirty day period has expired, and plaintiffs

21   have not responded to the court's order in any manner.

22            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

23   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24            These findings and recommendations will be submitted to the United States

25   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

26   fourteen days after being served with these findings and recommendations, plaintiffs may file

1

written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiffs are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 29, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\alcala0683.fta.f&rs